## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| EEOC, | |
| Plaintiff | |
| v. | Civil Action No. JKB-17-2463 |
| PHASE 2 INVESTMENTS INC., *et al.*, | |
| Defendants | |

### MISTER CAR WASH'S MOTION TO FILE UNDER SEAL

Pursuant to Local Civil Rule 105.11 (D. Md.), Defendant CWP West Corp. t/a Mister Car Wash ("Mister Car Wash") respectfully requests that the court permit it to file under seal a portion of Laurence J. Minich's Supplemental Declaration and Exhibit A thereto because those documents contain confidential financial information.   Mister Car Wash's supporting memorandum and proposed order are filed contemporaneously with this motion and incorporated herein.

December 20, 2017

Respectfully submitted,

*/s/ Kevin M. Kraham*

Kevin M. Kraham (26220)
LITTLER MENDELSON, P.C.
815 Connecticut Avenue NW
Suite 400
Washington, DC  20006
(202) 842-3400 Tel
(202) 842-0011 Fax
kkraham@littler.com

*Counsel for Defendant*
*CWP West Corp. t/a Mister Car Wash*

## CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2017, the following has been filed via the Court's electronic filing system and a true and accurate copy of Mister Car Wash's Motion to Seal, Memorandum in Support, Proposed Order, and sealed exhibits were served via electronic mail to:

Debra Michele Lawrence
Maria Salacuse
Amber Trzinski Fox
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
GH Fallon Federal Building
31 Hopkins Plaza, Suite 1432
Baltimore, MD  21201
debra.lawrence@eeoc.gov
maria.salacuse@eeoc.gov
amber.fox@eeoc.gov
*Counsel for Plaintiff U.S. Equal Employment Opportunity Commission*

John S. VanderWoude
Jeffrey T. Johnson
ECCLESTON & WOLF, P.C.
Baltimore Washington Law Center
7240 Parkway Drive, Fourth Floor
Hanover, MD  21076
vanderwoude@ewmd.com
jjohnson@ewmd.com
*Counsel for Defendant Phase 2 Investments Inc.*

                                        */s/ Kevin M. Kraham*
                                        Kevin M. Kraham