IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | * | |
| Plaintiff, | * | |
| v. | * | Civil No. 1:17-cv-02463-JKB |
| PHASE 2 INVESTMENTS, INC. f/k/a MARITIME AUTOWASH, INC. AND MARITIME AUTOWASH II; CWP WEST CORP. t/a MISTER CAR WASH | * | |
| Defendants. | * | |
| CWP WEST CORP. d/b/a MISTER CAR WASH, | * | |
| Defendant/Cross-Claimant, | * | |
| v. | * | |
| PHASE 2 INVESTMENTS INC. f/k/a MARITIME AUTOWASH, INC., MARITIME AUTOWASH, | * | |
| Cross-Defendant. | * | |

**CROSS-DEFENDANT PHASE 2'S MOTION TO DISMISS CROSSCLAIM OF CWP WEST CORP. D/B/A MISTER CAR WASH**

Cross-Defendant Phase 2 Investments, Inc., pursuant to Federal Rule of Civil Procedure 12(b)(1), submits this Motion to Dismiss Crossclaim of CWP West Corp. d/b/a Mister Car Wash. The reasons for this Motion to Dismiss are set forth in the accompanying Memorandum in Support of Phase 2's Motion to Dismiss.

Respectfully submitted,

| CAWOOD & CAWOOD, LLC | MILLER, MILLER & CANBY |
|---|---|
| */s/ Robert H.B. Cawood* | */s/ Donna E. McBride* |
| Robert H.B. Cawood, Federal Bar # 24151 | Donna E. McBride, Federal Bar # 14148 |
| 209 West St., Suite 303 | 200-B Monroe St. |
| Annapolis, MD 21401 | Rockville, MD 20850 |
| (410) 505-4350 | (301) 762-5212 |
| (443) 458-6725 (fax) | (301) 762-6044 (fax) |
| rhbc@cawoodlawfirm.com | demcbride@mmcanby.com |

*Counsel for Defendant/Cross-Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of May, 2018, a copy of the foregoing was electronically served on:

Kevin M. Kraham, Esq.
Littler Mendelson
815 Connecticut Ave., NW #400
Washington, DC 20006
kkraham@littler.com

Debra Michele Lawrence, Esq.
Equal Employment Opportunity Commission
10 S. Howard St., 3rd Fl.
Baltimore, MD 21201
debra.lawrence@eeoc.gov

Maria Salacuse, Esq.
Equal Employment Opportunity Commission
10 S. Howard St., 3rd Fl.
Baltimore, MD 21201
maria.salacuse@eeoc.gov

Amber Trzinski Fox, Esq.
Equal Employment Opportunity Commission
10 S. Howard St., 3rd Fl.
Baltimore, MD 21201
amber.fox@eeoc.gov

*/s/ Donna E. McBride*
Donna E. McBride